# EXHIBIT 1

# SUSMAN GODFREY



# Insurance

Susman Godfrey has a long history of litigating and winning significant insurance matters on both sides of the "v." For plaintiffs, this includes representing insureds, policy owners, and businesses in national class actions, life insurance disputes and business interruption matters against some of the nation's largest insurers. For the insurance industry, this includes defending companies such as ACE Limited and ACE Bermuda (now Chubb), Equitas, and the members of the London Insurance Market against millions of dollars of potential exposure when litigation arises.

## *Representative Experience*

**Insurance Class Actions**

- ***Leonard et al. v. John Hancock Life Insurance Co. of New York et al.*** Secured a settlement valued at $143 million, before fees and expenses, including a cash fund of over $93 million and an agreement by John Hancock Life Insurance Company not to impose a higher cost of insurance rate scale for 5 years (even in the face of a worldwide pandemic), on behalf of a class of approximately 1,200 policyholders who alleged that Hancock breached the terms of their respective life insurance policies and overcharged them for life insurance. When granting final approval, the Court held that the settlement provided an "absolutely extraordinary" recovery rate for the class, and lauded Susman Godfrey's "extraordinary work."

- ***Helen Hanks v. Voya Retirement Insurance and Annuity Company.*** Negotiated settlement worth $118 million, before fees and expenses, including a cash fund of over $92 million and an agreement by Voya not to impose a higher rate scale for 5 years, on behalf of a certified class of 46,000+ policyholders over allegations that Voya improperly raised cost-of-insurance charges. Over the course of litigation, the team from Susman Godfrey secured certification of the nationwide class and defeated summary judgment. The Court recognized the quality of the work, stating: "I want to commend you all for the work done on the pretrial order and motions in limine . . . I'm very happy to have you as lawyers appearing before me."

- ***37 Bensen Parkway v. John Hancock Life Insurance Company.*** Secured a $91.25 million settlement all-cash, non-reversionary settlement (before fees and expenses) for insurance policy owners against

John Hancock Life Insurance Company. The Honorable Paul Gardephe described the settlement as a "quite extraordinary . . . result achieved on behalf of the class."

- ***Fleisher v. Phoenix Life Insurance.*** Served as lead counsel to plaintiffs in a case that challenged Phoenix Life Insurance Company's and PHL Variable Insurance Company's decision to raise the cost of insurance ("COI") nationwide on life insurance policy owners. After winning class certification and defeating two motions for class decertification and a motion for summary judgment, the case settled the day of the final pretrial conference—less than two months before trial with terms that included: a $48.5 million cash fund ($34 million after fees and expenses), a COI freeze through 2020, and a covenant by Phoenix not to challenge the policies, worth $9 billion in face value, when the policies mature on the grounds of lack of insurable interest or misrepresentations in the application. At the final approval hearing, the Court concluded: "I want to say publicly that I think this is an excellent settlement. I think this is a superb—this may be the best settlement pound for pound for the class that I've ever seen."

- ***Brach Family Foundation et al. v. AXA Equitable Life Insurance.*** Serving as lead counsel in a case challenging AXA's decision to raise cost of insurance rates on life insurance policies nationwide, and alleging that AXA made misrepresentations to policyholders in its insurance illustrations leading up to the cost of insurance increase. The Court certified two nationwide classes, one for policy-based claims and one for misrepresentation-based claims.

- ***Hanks et al. v. The Lincoln Life & Annuity Company of New York, et al.*** Serving as lead counsel in a case challenging Voya Life Insurance Company's decision to raise cost of insurance rates on life insurance policies nationwide. The Court certified a nationwide breach of contract class.

- ***In re Lincoln National COI Litigation.*** Serving as co-interim-lead counsel in two cases challenging Lincoln National's decision to raise cost of insurance rates nationwide.

- ***Brighton Trustees et al. v. Genworth Life and Annuity Insurance Company.*** Serving as interim lead class counsel in a case challenging Genworth's decision to raise cost of insurance rates nationwide.

- ***AvMed Inc. et al. v. BrownGreer, US Bancorp, and John Does.*** Represented a group of more than forty health plans (who between them comprise more than 70% of the US market for private health insurance) asserting healthcare reimbursement liens against claimants to the $4.85 billion Vioxx compensation fund. Susman Godfrey reached a groundbreaking settlement with the Vioxx Plaintiffs' Steering Committee, guaranteeing them certain payouts on their liens covering participating plaintiffs. *American Lawyer* magazine featured this settlement in the "Big Suits" column at the time of this decision.

**Life Insurance**

- ***The Lincoln Life and Annuity Company of New York v. Berck****; and **Berck v. The Lincoln Life and Annuity Company of New York.*** Won a reversal in a $20 million life settlement rescission lawsuit against Lincoln Life & Annuity Company of New York as trial and appellate counsel for a group of investors. Lincoln's lawsuit was based on allegations that the insurance policies lacked an insurable interest because they were procured by third-parties for investment purposes and because there was net worth and other misrepresentations in the applications. The appellate court ordered that the trial court enter judgment in favor of the trust affirmed the trial court victory that Lincoln's fraud claim was time barred because the policies were incontestable. The $20 million policy matured before the trial court entered judgment in favor of the policy owner. We then sued the insurance carrier to effectuate payment of the $20 million policy. The case was the feature cover story in the publication, *California Lawyer*, at the time of this decision.

- ***The Lincoln Life and Annuity Company of New York v. Janis and Berck.*** Represented Jonathan Berck, as Trustee of the Rosamond Janis Insurance Trust, in a $5 million rescission claim brought by the Lincoln Life and Annuity Company of New York for alleged violations of New York's insurable interest laws and other "STOLI" (stranger originated life insurance) related claims. In this matter summary judgment was granted in favor of our client.

- ***In re James V. Cotter, Living Trust, Ellen Marie Cotter, Margaret Cotter, Petitioners, v. James J. Cotter, Jr., Respondent.*** Achieved a successful verdict invalidating a will on grounds of both undue influence and incapacity in this trust and estates case in Los Angeles Superior Court.

**Other Significant Insurance Cases**

- ***Universal Cable Productions v. Atlantic Specialty Insurance.*** Represented Universal Cable Productions (UCP)—a subsidiary of NBC Universal—in its dispute with insurance carrier, Atlantic, which claims it was not required to provide coverage when Hamas bombing forced UCP to relocate filming of the TV miniseries "Dig" out of Jerusalem. After a successful appeal to the Ninth Circuit by Susman Godfrey on the scope of the exclusions, UCP then received a full win in the district court which found in its favor on all remaining liability issues. The case—which was set for trial on the amount of damages Atlantic owed to UCP for the relocation, whether Atlantic's denial of coverage was done in bad faith and the amount of punitive damages owed to UCP—was settled favorably on the eve of trial.

- ***Alley Theater v. Hanover Insurance.*** Secured a partial summary judgment win for Houston's historic Alley Theatre in an insurance coverage lawsuit the firm handled pro bono. The suit claimed the theatre

was not properly reimbursed by Hanover Insurance Company for claims related to business interruption losses sustained during Hurricane Harvey. The firm later scored its second victory for the theater when they settled the final piece of the litigation–terms of this settlement are confidential.

- **Insurance Litigation for Walmart.** Lead counsel for Walmart on insurance coverage claims against certain of its insurers, regarding the settlement of claims arising out of an accident on the NJ Turnpike that injured comedian Tracy Morgan and others.

- *LyondellBasell v. Allianz Insurance.* Secured a confidential recovery (ultimately disclosed in an SEC filing as more than $100 million) for LyondellBassell Industries in a London arbitration over business interruption losses arising from Hurricane Ike. Lyondell sought coverage for losses caused by a hurricane, but faced a $200 million deductible self-insured retention, which the insurers claimed exceeded any losses. We handled all coverage, accounting, and engineering issues (which included significant damage to refinery equipment and delays to turnaround construction projects). The case settled on the eve of the final evidentiary hearing after we won key disputes regarding certain insurance coverage and claim quantification issues.

- **Confidential Private Transportation Company Litigation.** Hired to represent a private transportation company against its insurer for bad-faith failure to settle. The firm was engaged after a South Texas jury returned a $25+ million verdict on personal injury claims against our client, far in excess of the insurance policy limits. The matter was resolved without the need to file a lawsuit, and without the client paying anything out of pocket on the verdict.

- *Sabre v. The Insurance Company of the State of Pennsylvania.* Hired months before trial to represent the worldwide travel technology leader in a $100 million insurance coverage dispute. Successfully settled the case on the eve of trial.

- *Aetna v. Ace Bermuda.* Represented Ace Bermuda Insurance (now part of Chubb) in a $25 million coverage claim brought by the bankruptcy estate of Boston Chicken in bankruptcy court in Phoenix, Arizona. The case raised novel issues of bankruptcy procedure, international law, and the enforcement of arbitration agreements involving a bankruptcy trustee.

- **London Insurance Market Asbestos Cases.** Defended insurance groups in the London Insurance Market including Equitas, a Lloyds of London runoff company, in litigation regarding asbestos insurance coverage, including bankruptcy adversary proceedings regarding Dresser Industries, a Halliburton subsidiary; Babcock & Wilcox Co., a McDermott International subsidiary; and Pittsburgh Corning Corp., a PPG Industries subsidiary. The firm tried the Babcock & Wilcox matter to the bench for many weeks and won. In both the Dresser Industries and the Babcock & Wilcox matters, our team ultimately achieved settlements for the London Market at very large discounts from the exposed policy limits, saving the firm's clients hundreds of millions of dollars. Pittsburgh Corning ultimately

withdrew the bankruptcy plan to which our clients were objecting.

- ***City of Houston v. Hertz.*** Won a no liability verdict for The Hertz Corporation in a high-profile jury trial in which the plaintiff alleged violations of state insurance licensing laws and unfair and deceptive practices. In less than an hour of deliberations, the jury found for Hertz on all issues and rejected plaintiff's claims for attorneys' fees.



# Steven G. Sklaver

Partner

Los Angeles

(310) 789-3100
ssklaver@susmangodfrey.com

## *Overview*

Named one of *Lawdragon's* 500 Leading Lawyers since 2020, a recipient of the California Lawyer Attorneys of the Year award in 2017 and selected as "Top Plaintiff Lawyers in all of California" in 2016 and 2017 by *The Daily Journal;* Steven Sklaver has secured substantial litigation victories for both plaintiffs and defendants. For plaintiffs, Sklaver was lead counsel for a certified class of insurance policy owners, helping them achieve what the Court in the Southern District of New York described as "the best settlement pound for pound for the class that I've ever seen." You can read the Court's statement in full here. You can also read more about the case in The Deal's profile on the litigation here. Sklaver was also lead trial and appellate counsel for investors against an insurance company that resulted in a complete victory and full pay-out of a $20 million life insurance policy. A copy of the appellate court decision is available here. To listen to Sklaver's appellate oral argument, click here. That matter was the feature cover story of the April 2012 California Lawyer.

Sklaver also represents the former members of the legendary rock group The Turtles in *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.* (C.D. Cal.) in a certified class action lawsuit against Sirius XM that settled less than 48 hours before the jury trial was scheduled to begin.  Sirius XM agreed to pay at least $25.5 million (over $16 million after fees and expenses) and royalties under a 10-year license that is valued up to $62 million (over $41 million after fees and expenses) as compensation for publicly performing without a license Pre-1972 sound recordings. The settlement was approved by the Court, and has received widespread media coverage from publications such as The New York Times, Billboard, The Hollywood Reporter,Law360, Rolling Stone, Variety, Reuters and Managing IP.

Within six months after the Sirius XM class action settled, so did Sklaver's copyright class action brought on behalf of artists owed mechanical royalties for compositions made available by Spotify, the leader in digital music

streaming.  Spotify agreed to a class action settlement valued at over $112 million (over $95 million after fees and expenses), a settlement for which the district court granted final approval and remains subject to a pending appeal.  You can read more about this matter in *Billboard*.

Sklaver's many significant and widely covered class action results in 2016 helped secure Susman Godfrey's recognition as *Law360*'s "Class Action Group of the Year" in early 2017. You can read that article announcing the award here.

For defendants, Sklaver has handled numerous employment class actions across the country. He served, along with the Managing Partner of Susman Godfrey, as trial counsel for Wal-Mart, the world's largest retailer, trying a large employment class action in California. He also successfully defended and defeated class certification in numerous, substantial wage and hour matters for Alta-Dena Certified Dairy, LLC, dairy producers for Dean Foods, one of the leading food and beverage companies in the United States.  Copies of the pro-employer decisions are available here, here, and here.

Sklaver has tried complex commercial and class action disputes — including jury trials and bench trials in federal and state court, as well as arbitrations. Sklaver graduated cum laude from Dartmouth College, magna cum laude and Order of the Coif from Northwestern University School of Law, and clerked for Judge David Ebel on the United States Court of Appeals for the Tenth Circuit. Sklaver also won the National Debate Tournament for Dartmouth College, and is just one of four individuals in debate history to win three national championships at the high school and collegiate level. From 2010-2022, Sklaver has been recognized every year as a "Super Lawyer" in Southern California, awarded to no more than the top 5% of the lawyers in the state of California (Law & Politics Magazine, Thomson Reuters).

Sklaver currently serves on the Board of Directors for the Western Center on Law & Poverty. Sklaver was also previously selected as a Ninth Circuit Judicial Conference Lawyer Representative.

## Notable Representations

**Class Actions**

- ***Copyright Infringement:*** Sklaver serves as co-lead counsel with the Gradstein & Marzano firm representing Flo & Eddie (the founding members of 70's music group, The Turtles) along with a class of owners of pre-1972 sound recordings for copyright violations by music provider Sirius XM.   The day before trial was to commence before a California jury in federal court in late 2016, Flo & Eddie reached a landmark settlement with Sirius XM on behalf of the class in a deal potentially worth $99 million. The Court granted final approval of the settlement in May 2017. Click here for more.  Sklaver with his  co-leads were recently named

"California Lawyer Attorneys of the Year" by *The Daily Journal* for their outstanding legal work on this case.

- In May 2017, Sklaver, as co-lead counsel with Gradstein Marzano, secured a deal valued at$112 million to settle a class-action lawsuit with Spotify brought on behalf of music copyright owners. The suit alleged that Spotify made music available online without securing mechanical rights from the tracks' composers. Under the terms of the deal, Spotify will pay songwriters $43.45 million for past royalties, as well as commit to pay ongoing royalties that are valued at $63 million. Read more about the case here and see Billboards coverage of it here.

- *Insurance*:  In a seminal insurance class action filed in the Southern District of New York, resolved in September 2015, Mr. Sklaver served as lead counsel in a case that challenged Phoenix Life Insurance Company's and PHL Variable Insurance Company's decision to raise the cost of insurance ("COI") nationwide on life insurance policy owners. After winning class certification and defeating two motions for class decertification and a motion for summary judgment, the case settled the day of the final Pretrial Conference — less than two months before trial. Settlement terms included: $48.5 million cash fund ($34 million after fees and expenses), COI freeze through 2020, and a covenant by Phoenix not to challenge the policies, worth $9 billion in face value, when the policies mature on the grounds of lack of insurable interest or misrepresentations in the application.  At the final approval hearing, the Court concluded,  ***"I want to say publicly that I think this is an excellent settlement. I think this is a superb – this may be the best settlement pound for pound for the class that I've ever seen."*** You can read the statement in full on page 3 here.  You can also read more about the case in *The Deal's* feature on the matter here.

- *Antitrust:*  In *In re Automotive Parts Antitrust Litigation.* In the largest price-fixing cartel ever brought to light, Mr. Sklaver and a team of Susman Godfrey lawyers run a massive MDL litigation in which the firm serves as co-lead counsel for a class of consumer plaintiffs in multidistrict price-fixing cases pending in a Detroit, Michigan federal court. The actions, alleging anti-competitive conduct, were brought by indirect purchasers of component parts included in over 20 million automobiles, and involve parts such as wire harnesses, instrument panel clusters, fuel senders, heater control panels and alternators. The Department of Justice has imposed fines exceeding $2.6 billion pursuant to guilty plea agreements with some of the defendants, and its investigation is still ongoing. The Susman Godfrey team together with its co-lead counsel has defeated multiple motions to dismiss. Settlements have been reached with a certain defendants for a combined $620 million thus far. Final settlement (after fees and expenses) has not yet been determined. The case remains ongoing against the remaining defendants.

**Life Settlements**

- Represented Jonathan Berck, as Trustee of the Rosamond Janis Insurance Trust in a $5 million rescission claim brought by the Lincoln Life and Annuity Company of New York for alleged violations of New York's insurable interest laws and other "STOLI" (stranger originated life insurance) related claims. RESULT: Summary judgment granted in favor of my client. A copy of the summary judgment order is available here.

- Won reversal in a $20 million life settlement rescission lawsuit against Lincoln Life & Annuity Company of New York. Lincoln's lawsuit was based on allegations that the insurance policies lacked an insurable interest because they were procured by third-parties for investment purposes and because there were net worth and other misrepresentations in the applications. The appellate court ordered that the trial court enter judgment in favor of the trust. The appellate court also affirmed our trial court victory that Lincoln's fraud claim was time barred because the policies were incontestable. The case is Lincoln Life & Annuity Co. of New York v. Jonathan Berck, as Trustee of the Jack Teren Insurance Trust, Court of Appeal Case No. D056373 (Cal. Ct. App. May 17, 2011). A copy of the appellate court decision is available here. The *Teren* case was the feature, cover story of the April 2012 *California Lawyer*.

- Represents investors, trusts, trustees, brokers, and insureds in life settlement and STOLI litigation across the country against insurance companies seeking to rescind policies with face values worth more than $125 million. Mr. Sklaver is also a frequent speaker and commentator on life settlement and STOLI litigation, in both trade publications and conferences.

**Financial Fraud**

- Represented Royal Standard Minerals, which was the plaintiff in a federal securities lawsuit against a "group" of more than ten dissident shareholders for failing to file Schedule 13-D disclosures. RESULT: Preliminary injunction granted and final judgment entered that, among other things, required for three years the votes of all shares owned by any of the defendants to be voted as directed by the Board of Directors of my client.

- Represented plaintiff who held millions of WorldCom shares as an opt-out to the class in In re WorldCom Securities Litig. RESULT: Settled on confidential terms.

- Represented plaintiff Accredited Home Lenders in a TRO and breach of contract action over a wrongful default declared by Wachovia in a credit re-purchase agreement. RESULT: The case was resolved favorably, following the entry of a TRO.

- Represented Walter Hewlett in his challenge to the Hewlett-Packard/Compaq merger. In preparation for that trial, Mr. Sklaver deposed Compaq's former CEO Michael Capellas about his famous handwritten journal note which, describing the merger, stated "at our course and speed we will fail." Mr. Capellas was right.

## Employment

- Represented one of the world's largest retailers in the defense of a four month long jury trial, wage and hour class action pending in California. One of the world's largest retailers appointed Susman Godfrey L.L.P. to be its national trial counsel for wage and hour litigation.

## Antitrust

- Lead day-to-day lawyer for the class in White, et al. v. NCAA, a certified, antitrust class action alleging that the NCAA violated the federal antitrust laws by restricting amounts of athletic based financial aid. ESPN Magazine coverage of the lawsuit may be found here. RESULT: The NCAA settled and paid an additional $218 million for use by current student-athletes to cover the costs of attending college, paid $10 million to cover educational and professional development expenses for former student-athletes, and enacted new legislation to permit Division I institutions to provide year-round comprehensive health insurance to student-athletes.

## Entertainment

- Represented NAACP image award winner Morris Taylor "Buddy" Sheffield in his breach of contract lawsuit against ABC Cable Networks Group regarding the creation of Hannah Montana. RESULT: Defendant settled less than four weeks before trial.

## Pro Bono

- Appointed to represent Carl Petersen, who was charged by the United States Attorney's Office with being a felon in possession of a firearm — a charge that carries a five-year prison sentence and an 89% conviction rate. RESULT: Acquittal. Jury deliberation lasted less than four hours. Appointed by the United States Court of Appeals for the Tenth Circuit as appellate counsel in five cases, including: United States v. Petersen; United States v. Blaze (specifically noting Mr. Sklaver's "good workmanship"); and Sorrentino v. IRS (appointed as amicus curiae by and for the Court)

- *Lawdragon* 500 Leading Lawyers in America (2020, 2021, 2022, 2023, 2024)

## Honors & Distinctions

- *Lawdragon* 500 Leading Litigator (2022, 2023, 2024)
- *Lawdragon* 500 Leading Plaintiff Financial Lawyers (2019, 2020, 2021, 2022, 2023, 2024)
- Firm Representative for Elite Trial Lawyers – Insurance Litigation, *National Law Journal* (2023, ALM)
- Litigation Star, Benchmark Litigation (2022 – 2025, Euromoney)
- Recommended Lawyer – Litigation – Labor and Employment, Best Lawyers in American (2020 – 2025, Woodward White, Inc.)
- Southern California California Super Lawyer (2010 – 2024, Thomson Reuters)
- Outstanding Antitrust Litigation Achievement in Private Law Practice by the American Antitrust Institute (2019) for work on *In re: Automotive Parts Antitrust Litigation*.
- California's Lawyer Attorneys of the Year in 2017 by *The Daily Journal.* Click here for a photo of Sklaver, along with co-counsel, receiving the award.
- Top 30 Plaintiff Lawyers in all of California in 2016 by *The Daily Journal*
- Southern California "Super Lawyers" awarded to no more than the top 5% of the lawyers in the state of California (2010 – 2021, *Law & Politics Magazine*, Thomson Reuters)
- Northwestern Law Review member and editor
- National Debate Tournament (NDT) collegiate championship winner

## Clerkships

Honorable David M. Ebel, United States Court of Appeals for the Tenth Circuit

## Education

**Northwestern University School of Law** (J.D., magna cum laude)

- Order of the Coif

**Dartmouth College** (B.A., cum laude)

## Admissions

**Bar Admissions**

- Colorado
- California
- Illinois

**Court Admissions**

# SUSMAN GODFREY

- United States Supreme Court
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. District Court for the Central District of Colorado
- U.S. District Court for the Eastern District of Colorado
- U.S. District Court for the Northern District of Colorado
- U.S. District Court for the Southern District of Colorado
- U.S. District Court for the Western District of Colorado

## *Leadership & Professional Memberships*

- Board of Directors, Western Center on Law & Poverty

# SUSMAN GODFREY



# Seth Ard

Partner

New York

(212) 336-8330

sard@susmangodfrey.com

## *Overview*

Seth Ard secures substantial legal victories for plaintiffs and defendants across the nation. Ard is a seasoned litigator who is often tapped to handle intricate, multi-party cases because of his ability to quickly understand large volumes of complex information and translate it all into compelling arguments to judges, juries and arbitration panels.

Ard has litigated cases across a myriad of practices areas including antitrust, securities, intellectual property, bankruptcy and employment. Likewise, Ard's client roster has spanned from some of the leading companies in the nation to smaller businesses and individuals. In recent years, Ard has focused a significant portion of his practice in the insurance space – frequently securing major wins for plaintiffs in class actions against insurance companies who have acted fraudulently.

**LANDMARK WINS**

Ard has secured nearly $1 billion dollars in relief for plaintiffs in insurance class actions who allege their insurance companies fraudulently increased COI rates. For example, he previously represented a certified class of insurance policy owners, helping them achieve what the Court in the Southern District of New York described as "**the best settlement pound for pound for the class that I've ever seen."** (Read the Court's statement in full here and more in *The Deal's* profile on the litigation here). Also, in *37 Besen Parkway, LLC v. John Hancock Life Insurance Company*, Ard secured a $91.25 million settlement (before fees and expenses) for insurance policy owners against John Hancock Life Insurance Company.  The Honorable Paul Gardephe described the settlement as a "**quite extraordinary . . . result achieved on behalf of the class**." Ard most recently secured a $307.5 million deal for a putative class of plaintiffs who challenged AXA's 2016 hike of cost on insurance rates on hundreds of elderly insureds.

Serving as court-appointed lead counsel to a certified class of plaintiffs in *In Re: NFL Sunday Ticket Antitrust Litigation*, Ard and a team from Susman

Godfrey obtained a victory after 3 weeks of trial with a jury finding the NFL engaged in a conspiracy and violated the antitrust laws through its Sunday Ticket offering. During trial, Ard cross examined the former head of CBS Sports, Sean McManus, as well as the defense's lead expert (Read about his cross of McManus on NBC Sports). The jury awarded $4.7 billion damages, which the trial court vacated on a post-trial motion, while leaving untouched the jury's determination that the NFL violated two different provisions of the Sherman Act. Proceedings in the matter are ongoing.

In *In re LIBOR-Based Financial Instruments Litigation,* Ard has secured, to date, $781 million in settlements for plaintiffs who allege several major investment banks were involved in setting LIBOR and manipulating it to their advantage. Since that time, a multitude of lawsuits have been consolidated as part of a multidistrict litigation proceeding in which Ard is playing a leading role.

On the defense side, in *Jefferies v. NASDAQ*, Ard successfully defended NASDAQ and its affiliate IDCG in an arbitration where the plaintiff sought tens of millions of dollars in damages based on a claim that it was fraudulently induced to clear interest rate swaps through the IDCG clearinghouse. After a one-week arbitration, at which Ard put on NASDAQ's expert and crossed Jefferies' expert, the Panel issued a decision denying all of Jefferies' claims and awarding no damages.

Ard also obtained a complete defense victory on summary judgment in trademark infringement dispute, *GMA v. Dorfman*. Prior to hiring Ard, Dorfman had suffered significant discovery sanctions that threatened to undermine his defense. Once hired, Ard and his team overturned those sanctions, reopened discovery and obtained key admissions, and later won the case on summary judgment.

**BACKGROUND**

Before joining the firm, Ard clerked for the Honorable Shira A. Scheindlin of the United States District Court for the Southern District of New York, and for the Honorable Rosemary S. Pooler of the United States Court of Appeals for the Second Circuit.

Since 2019, Ard has been named one of the country's Leading Plaintiff Financial Lawyers by Lawdragon. He has also repeatedly been recognized as a "Rising Star" in New York by *Super Lawyers* magazine.

## *Notable Representations*

**Insurance**

- ***In re AXA Equitable Life Insurance Company COI Litigation*** (S.D.N.Y)
  Secured a $307.5 million deal for a putative class of plaintiffs who challenged AXA's 2016 hike of cost on insurance rates on hundreds of

elderly insureds, claiming AXA unfairly increased the cost of insurance for certain flexible-premium universal life insurance policies.

- ***Leonard et al. v. John Hancock Life Insurance Co. of New York et al.*** **(S.D.N.Y.)** Secured a settlement valued at $143 million, before fees and expenses, including a cash fund of over $93 million and an agreement with John Hancock Life Insurance Company not to impose a higher cost of insurance rate scale for 5 years (even in the face of a worldwide pandemic), on behalf of a class of approximately 1,200 policyholders who alleged that Hancock breached the terms of their respective life insurance policies and overcharged them for life insurance. When granting final approval, the Court held that the settlement provided an "**absolutely extraordinary" recovery rate for the class, and lauded Susman Godfrey's "extraordinary work.**"

- ***Helen Hanks v. Voya Retirement Insurance and Annuity Company*** **(S.D.N.Y.)** Negotiated settlement worth $118 million, before fees and expenses, including a cash fund of over $92 million and an agreement by Voya not to impose a higher rate scale for 5 years, on behalf of a certified class of 46,000+ policyholders over allegations that Voya improperly raised cost-of-insurance charges. Over the course of litigation, the team from Susman Godfrey secured certification of the nationwide class and defeated summary judgment. The Court recognized the quality of the work, stating: "**I want to commend you all for the work done on the pretrial order and motions in limine . . . I'm very happy to have you as lawyers appearing before me**."

- ***37 Bensen Parkway v. John Hancock Life Insurance Company*** **(S.D.N.Y)** Secured a $91.25 million settlement all-cash, non-reversionary settlement (before fees and expenses) for insurance policy owners against John Hancock Life Insurance Company. The Honorable Paul Gardephe described the settlement as a "**quite extraordinary . . . result achieved on behalf of the class.**"

- ***PHT Holdings II LLC v. North American Company for Life and Health Insurance*** **(S.D. Iowa).** Secured a settlement of $59 million for plaintiffs in an insurance breach of contract class action against North American Insurance Company.

- ***Fleisher et al. v. Phoenix Life Insurance Company*** **(S.D.N.Y.)** Served as lead counsel to plaintiffs in a case that challenged Phoenix Life Insurance Company's and PHL Variable Insurance Company's decision to raise the cost of insurance ("COI") nationwide on life insurance policy owners. After winning class certification and defeating two motions for class decertification and a motion for summary judgment, the case settled the day of the final pretrial conference: a $48.5 million cash fund ($34 million after fees and expenses), a COI freeze through 2020, and a covenant by Phoenix not to challenge the policies, worth $9 billion in face value, when the policies mature on the grounds of lack of insurable interest or misrepresentations in the application. At the final approval

**susmangodfrey.com**

hearing, the Court concluded: "**I want to say publicly that I think this is an excellent settlement. I think this is a superb—this may be the best settlement pound for pound for the class that I've ever seen**."

- *Advance Trust & Life Escrow Services, LTA v. ReliaStar Life Insurance Co.* **(D. Minn.)** Represented a class of universal life insurance policyholders against ReliaStar Life Insurance Company stemming from ReliaStar's failure to charge cost of insurance rates in accordance with the terms of its policies. Ard and his team secured a $39 million non-reversionary settlement fund, plus additional non-monetary benefits for the class.

- *PHT Holding I LLC v. Security Life of Denver Insurance Company* **(D. Colo.)** Represented a class of life insurance policyholders in a breach-of-contract suit against Security Life of Denver challenging increases to cost-of-insurance charges. Ard's team secured class certification of a 31-state class on a state law breach-of-contract claim. On the eve of trial, the parties settled for $30 million (before fees and expenses), a settlement the Court subsequently approved.

- *Brighton Trustees, LLC et al., v. Genworth Life and Annuity Insurance Company* **(E.D. Va.)** Secured class certification, a settlement valued at $25 million, before fees and expenses, and a promise by Genworth not to adopt an increase rate scale for 7 years, even in the face of a worldwide pandemic or any new one to come.

- *Lincoln Life v. LPC Holdings* **(Supreme Court Onandaga, New York)** Represented an insurance trust in STOLI litigation against an insurance company seeking to rescind a life insurance policy with a face value of $20 million.  After Ard argued and won a hotly contested motion to compel in which the Court threatened to revoke the pro hoc license of opposing counsel, Lincoln settled the case on very favorable terms.

**Intellectual Property**

- *Globus Medical v. Bonutti Skeletal* **(E.D. Pa.)** Represents Globus Medical in patent litigation against Bonutti Skeletal.  Ard successfully argued a partial motion to dismiss the patent complaint, defeating claims of indirect infringement, vicarious liability and punitive damages.

- *Sentius v. Microsoft* **(N.D. Cal.)** Represented Sentius against Microsoft in a patent infringement suit involving automated database technology.  Pachman handled the Daubert motions in this matter. The case settled on highly favorable terms within 24 hours of the court issuing orders on those motions.

- *Dorfman Pacific* **(S.D.N.Y.)** Obtained a complete defense victory on summary judgment in a trademark infringement dispute before Judge Forrest. Ard was hired after the close of discovery and after our client had suffered significant discovery sanctions that threatened to undermine its defense.  His team was able to overturn those sanctions, reopen

discovery and obtain key admissions during a deposition of Plaintiff's CEO, and win on summary judgment (without argument and based on briefing done by Ard).

**Securities**

- *In re Municipal Derivatives Litigation* **(S.D.N.Y.)** Served as co-lead counsel to a class of municipalities suing 10 large banks and broker for rigging municipal auctions. A total of over $220 million dollars in settlements were achieved on behalf of the class (net fees and expenses not yet determined).

- *Jefferies v. NASDAQ Arbitration* **(New York)** Defended NASDAQ and its affiliate IDCG in an arbitration where the plaintiff sought tens of millions of dollars in damages based on a claim that it was fraudulently induced to clear interest rate swaps through the IDCG clearinghouse. After a one-week arbitration, at which Ard put on NASDAQ's expert and crossed Jefferies' expert, the Panel issued a decision denying all of Jefferies' claims and awarding no damages. The arbitrators were former Judge Layn Phillips, Judge Vaughn R. Walker, and Judge Abraham D. Sofaer.

**Other High Stakes Commercial Litigation**

- *In re: National Football League's Sunday Ticket Antitrust Litigation* **(C.D. Cal.)** Serving as trial counsel to a certified class of plaintiffs, obtained a victory after 3 weeks of trial with a jury finding the NFL engaged in a conspiracy and violated the antitrust laws through its Sunday Ticket offering.  The jury awarded $4.7 billion damages, which the trial court vacated on a post-trial motion, while leaving untouched the jury's determination that the NFL violated two different provisions of the Sherman Act. Proceedings in the matter are ongoing. During trial, Ard cross examined the former head of CBS Sports, Sean McManus, as well as the defense's lead expert. Read about his cross of McManus on NBC Sports.

- *City of Baltimore Opioid Litigation*. Representing the Mayor and City Council of Baltimore in fraud and public tort litigation against the manufacturers and distributors of opioids, whose conduct has devastated cities, counties, and states nationwide. So far Ard's team has secured a historic $322.5 million in settlement collectively from with Allergan Finance, LLC, Walgreens, Cardinal Health, and CVS to resolve the City's claims. Read more.

- *Washington Mutual Bankruptcy* **(Bkrtcy. Del.)** Retained to represent the Equity Committee in the Washington Mutual bankruptcy. In two multi-week plan-confirmation hearings, Ard opposed plans that would have wiped out shareholders. Although both plans were supported by the debtor and by all major creditors, the Court rejected both plans after the trials (both in which Ard examined and cross-examined key witnesses). Ard and his team then negotiated terms of a new plan that distributed over

# SUSMAN GODFREY

$100 million in value to shareholders, including 90% ownership of the reorganized debtor.

- ***Audet v. Garza* (D. Ct)** Serving as lead counsel for a certified class of thousands of investors in GAW Mining LLC who allege that the cryptocurrency mining venture in which they invested was in fact a Ponzi scheme.

## Honors & Distinctions

- *Lawdragon* 500 Leading Litigator (2022, 2023. 2024)
- *Lawdragon* 500 Leading Plaintiff Financial Lawyers (2019, 2020, 2021 2022, 2023, 2024)
- New York Super Lawyer (2022, 2023, 2024, Thomson Reuters)
- New York Rising Star (2013-2018, Thomson Reuters)
- Teaching and Research Assistant for Professor Arthur Miller (Harvard Law School)
- Teaching Assistant for Professor Jon Hanson (Harvard Law School)
- Editorial Board, Harvard Civil Rights/Civil Liberties Law Review

## Clerkships

Honorable Shira A. Scheindlin, United States District Court for the Southern District of New York, 2008-2009

Honorable Rosemary S. Pooler, United States Court of Appeals for the Second Circuit, 2007-2008

## Education

**Harvard Law School** (J.D., magna cum laude, 2007)

**Northwestern University** (M.A., A.B.D., Philosophy, , 2003)

**Michigan State University** (B.A., Philosophy & French Literature, first in class, Highest Honors, 1997)

## Admissions

**Bar Admissions**

- New York

**Court Admissions**

- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the District of Colorado

**susmangodfrey.com**

# SUSMAN GODFREY

- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- United States National Court, Judicial Panel on Multidistrict Litigation

*Languages*      French



# Ryan Kirkpatrick

Partner

New York

(212) 336-8330

rkirkpatrick@susmangodfrey.com

## *Overview*

Ryan Kirkpatrick has a proven track record of successfully managing and directing a wide variety of multinational, complex legal matters. Ryan has obtained or negotiated billions of dollars in judgments, settlements, and transactions. Given his work on both the plaintiff and defense sides, Ryan possesses a deep understanding of and how to successfully leverage litigation (and the threat of it) to accomplish financial and business objectives while at the same time mitigating the financial and operational costs of litigation to a business.

Ryan has been interviewed and quoted by numerous media outlets, including the *Wall Street Journal, Bloomberg News*, *Vanity Fair,* the *Los Angeles Time*, ESPN, the *National Law Journal*, the *Associated Press*, KABC, and KTLA.

**LANDMARK LITIGATION**

Ryan focuses his work on large-scale complex class actions and professional negligence and fiduciary claims litigation.

*Insurance Class Actions*

Ryan has is at the forefront of litigation that actively protects life insurance policy holders in breach of contract litigation against some of the country's largest insurers. **He has secured over $700 million in relief for plaintiffs in class actions against leading insurance companies** including PHL Variable Life Insurance Company, Genworth, Voya, Lincoln, ReliaStar, Security Life of Denver, American General, North American, and John Hancock Life Insurance Company. Ryan is currently representing policyholders in a new wave of cost of insurance ("COI") litigation arising from the Tax Cuts & Jobs Act of 2017.

*Professional Negligence and Malpractice*

Ryan served as lead counsel for John Fish, the Chairman and CEO of Suffolk Construction, in a case the Superior Court of Massachusetts against the law firm of Goulston & Storrs over allegations of legal malpractice, breach of fiduciary duty, and willful violations of Massachusetts General Laws Chapter 93A, arising out of a failed billion-dollar real estate development project in Boston's Back Bay. Ryan obtained a highly favorable settlement after prevailing on motions to compel discovery and obtaining critical liability evidence. Read more.

Ryan also served as counsel in a confidential legal malpractice matter that settled before a complaint was ever filed for an amount that was at the time one of the highest legal malpractice payouts in United States history.

Ryan is now serving as counsel to the Special Litigation Committee (SLC) for the Trust for Advised Portfolios in investigating professional negligence claims relating to the Infinity Q Diversified Alpha Fund.

**BACKGROUND**

Ryan rejoined Susman Godfrey in 2017 after spending four years as General Counsel and Senior Managing Director of McCourt Global, an alternative asset management firm. Ryan served as head of the New York office where he oversaw all legal affairs of the firm and its business verticals, including a $1 billion commercial real estate development joint venture, MG Sports & Media (which owned the LA Marathon and the French football club Olympique de Marseille, and co-owned Global Champions Tour and Global Champions League), and MG Capital (owner of a private direct lender and registered investment adviser).

While serving as Director of Global Champions League, Ryan initiated an EU competition law action against Fédération Equestre International (FEI), the international governing body for equestrian sports. After obtaining a landmark preliminary injunction that was upheld by the Brussels Court of Appeals—and has implications for all international sports federations—Ryan negotiated a highly favorable settlement with the FEI. This use of EU competition law to effect worldwide relief for a client was reminiscent of one of Ryan's first cases at Susman Godfrey, where he and Steve Susman guided start-up mainframe manufacturer Platform Solutions, Inc. to a $200 million buy-out by IBM following years of contentious of antitrust, patent infringement, and copyright infringement proceedings in both the Southern District of New York and the European Commission.

Ryan was first elected to the Susman Godfrey partnership in 2011. At the time, he was representing Frank McCourt and the Los Angeles Dodgers in connection with Mr. McCourt's highly-publicized divorce and the team's bankruptcy. This three-year representation culminated in a favorable settlement of the divorce, the sale of the Dodgers to Guggenheim Partners for $2.15 billion—the highest amount ever paid for a professional sports franchise—and the formation of a $1 billion joint venture with affiliates of

Guggenheim Partners. Shortly following the sale, Mr. McCourt asked Ryan to help lead McCourt Global.

Since returning to the firm, Ryan has remained active in sports-related legal matters. Most recently, he represented John Bowlen, then-minority owner of the Denver Broncos, in connection with the $4.65 million sale of the Denver Broncos.

## Notable Representations

**Insurance Class Actions**

- *Fleisher v. Phoenix Life Insurance* (S.D.N.Y.) Served as counsel to plaintiffs in a case that challenged Phoenix Life Insurance Company's and PHL Variable Insurance Company's decision to raise the cost of insurance ("COI") nationwide on life insurance policy owners. After winning class certification and defeating two motions for class decertification and a motion for summary judgment, the case settled the day of the final pretrial conference—less than two months before trial with terms that included: a $48.5 million cash fund ($34 million after fees and expenses), a COI freeze through 2020, and a covenant by Phoenix not to challenge the policies, worth $9 billion in face value, when the policies mature on the grounds of lack of insurable interest or misrepresentations in the application. At the final approval hearing, the Court concluded: "I want to say publicly that I think this is an excellent settlement. I think this is a superb—this may be the best settlement pound for pound for the class that I've ever seen."

- *Helen Hanks v. Voya Retirement Insurance and Annuity Company* (S.D.N.Y.) Negotiated settlement worth $118 million, before fees and expenses, including a cash fund of over $92 million and an agreement by Voya not to impose a higher rate scale for 5 years, on behalf of a certified class of 46,000+ policyholders over allegations that Voya improperly raised cost-of-insurance charges. Over the course of litigation, Ryan's team secured class certification and defeated summary judgment. The Court recognized the quality of the work, stating: "I want to commend you all for the work done on the pretrial order and motions in limine . . . I'm very happy to have you as lawyers appearing before me."

- *PHT Holdings I v. Security Life Insurance Company of Denver* (D. Colorado) Secured a $30 million settlement for a class of insurance policy holders in a case that challenged Security Life of Denver's decision to raise cost of insurance rates on Strategic Accumulator policyholders. Net award after fees and expenses to be determined.

- *Leonard v. John Hancock* (S.D.N.Y) Secured a $92.5 million cash settlement (before fees and expenses), plus an additional $50 million in non-monetary benefits, for Performance UL policyholders that were subjected to a rate increase in 2017. The cash amount, by itself, represented 91.25% of the alleged overcharges as of the date of the

settlement, and the settlement was praised by the Court as an "outstanding result" for the class.

- **North American COI (S.D. Iowa)** Secured a settlement on the eve of trial for benefits totaling $61.3 million, including $59 million in monetary payments to class members (before fees and expenses), in an insurance breach of contract class action on behalf of a class of policy holders against North American Life and Health Insurance Company.

- **Brighton Trustees et al. v. Genworth Life and Annuity Insurance Company (E.D. Va.)** Secured $25 million settlement between Genworth Life & Annuity Insurance Company and a class of more than 13,400 plaintiffs alleging that policyholders of the company's Gold and Gold II universal life insurance policies were subject to unlawful cost of insurance (COI) increases. This amount represented 163% of the alleged damages at the time of the settlement.

- **Advance Trust & Life Escrow Services, LTA v. ReliaStar Life Insurance Co. (D. Minn.)** After prevailing on motions for class certification and summary judgment, secured a $47.7 million settlement, including a $39 million cash fund (before fees and expenses), for a class of universal life insurance policyholders who alleged that ReliaStar failed to reduce COI rates to reflect mortality improvement.

- **LSIMC LLC v. American General Life Insurance Co.(C.D. Cal.)** Settled class action against American General for relief valued at $55 million for a class of policy holders who alleged that American General was under-paying interest on their universal life policies.

- **James Kenney v. PHL Variable Insurance Company (S.D.N.Y.)** Secured $43.5 million in settlement benefits, including a $17.4 million cash fund (before fees and expenses), for a class of insurance policyholders who allege that PHL unlawfully raised insurance rates.

**Professional Negligence and Malpractice**

- **Fish v. Goulston & Storrs PC (Suffolk County Superior Court of Massachusetts)** Served as lead counsel to real estate developer John Fish in an action against Goulston & Storrs PC alleging legal malpractice, breach of fiduciary duty, and willful violations of Massachusetts General Laws Chapter 93A, arising out of a failed billion-dollar real estate development project in Boston's Back Bay. Obtained a highly favorable settlement after prevailing on motions to compel discovery and obtaining critical liability evidence.

- **Securities Professional Negligence Litigation.** Currently serving as counsel to the Special Litigation Committee (SLC) for the Trust for Advised Portfolios in investigating professional negligence claims relating to the Infinity Q Diversified Alpha Fund.

- **Litigation on Behalf of Visium Asset Management.** Serve as lead counsel for Visium Asset Management in a case alleging that brokers aided and abetted a breach of fiduciary duties.

- **Confidential Legal Malpractice Litigation.** Confidentially represented a prominent California family in legal malpractice claims related to trust and estates and tax structuring.

**General Commercial Litigation**

- *McCourt v. McCourt.* Represented Los Angeles Dodgers' owner, Frank McCourt and the Los Angeles Dodgers in divorce and bankruptcy proceeding that involved a dispute over ownership and control of the team. The case resulted in a favorable settlement of the divorce, sale of the Dodgers to Guggenheim Partners for $2.15 billion—the highest amount paid for a professional sports franchise—and the formation of a new joint venture with Guggenheim Partners affiliates.

- *PSI v. IBM* **(S.D.N.Y.)**. Represented startup mainframe computer manufacturer Platform Solutions Inc. (PSI), in prosecuting multi-hundred-million-dollar antitrust claims against IBM and defending against patent infringement, copyright, and trade secrets claims brought by IBM. Ryan also coordinated PSI's prosecution of competition claims against IBM in the EU. The case settled on confidential terms. As part of the settlement, PSI was acquired by IBM.

- *Masimo v. Tyco* **(C.D. Cal.)** Obtained a $45 million damages judgment on behalf of Masimo Corporation in an antitrust case against Tyco Healthcare involving pulse oximetry products. The judgment was upheld by the Ninth Circuit on appeal, with the client receiving a net recovery of approximately $27 million.

- *McGuire v. Dendreon Corp.* **(W.D. Wash.)** Represented plaintiffs in a consolidated securities fraud class action cases filed in Seattle federal court. Plaintiffs alleged that defendants had made false and misleading statements about a new drug that the company planned to sell. The case was settled for $16.5 million, with the class receiving approximately $12 million.

- **Hedge Fund Litigation.** Successfully represented various hedge funds investing in "stranger-owned life insurance." Obtained a complete defense victory for a hedge fund in a case in which an insurer sued to rescind a $20 million life insurance policy for alleged fraud and lack of an insurable interest. Initiated a class action against an insurer relating to cost of insurance increases that resulted in a settlement valued at $134 million.

### Honors & Distinctions

- Top 500 Plaintiff Financial Lawyers, *Lawdragon* (2024)

- 500 Leading Litigators in America, *Lawdragon* (2022, 2023, 2024)

# SUSMAN GODFREY

| | |
|---|---|
| *Clerkships* | Honorable Ruggero J. Aldisert, United States Court of Appeals for the Third Circuit, 2005-2006 |
| *Education* | **UCLA School of Law** (J.D., Order of the Coif, 2005)<br><br>**Yale University** (B.A., Political Science, , 2001) |
| *Admissions* | **Bar Admissions**<br>- New York<br>- California<br>- District of Columbia<br><br>**Court Admissions**<br>- U.S. District Court for the Central District of California<br>- U.S. District Court for the Northern District of California<br>- U.S. Court of Appeals for the Seventh Circuit<br>- U.S. District Court for the Eastern District of Texas |



# Michael Gervais

Partner

Los Angeles

(310) 789-3100

mgervais@susmangodfrey.com

## *Overview*

Michael Gervais is a skilled and accomplished trial lawyer who represents both plaintiffs and defendants in all types of high stakes commercial litigation. Gervais has amassed an impressive collection of litigation victories and favorable settlements for clients who vary from Fortune 500 industry leaders to classes of unfairly treated plaintiffs in several national high-profile lawsuits.

**LANDMARK LITIGATION**

Gervais worked alongside Managing Partner, Neal Manne, Partner Lexie White, and Partner Joseph Grinstein representing a class of indigent misdemeanor arrestees pro bono in a landmark case to challenge the money bail scheme in Harris County, Texas. Along with Civil Rights Corps and the Texas Fair Defense Project, Gervais's work helped secure a sweeping preliminary injunction from a Houston federal judge, who struck down Harris County, Texas' money bail system. The decision focused national attention on the countrywide practice of jailing poor people because they are unable to afford bail when arrested for minor offenses and has been covered by national outlets such as *The New York Times*, *The Houston Chronicle*, and *Lawdragon*. In the first year in which the injunctive relief was in effect, more than 12,000 people were released from jail.

In another high-profile class action, Gervais worked alongside Partners Kalpana Srinivasan, Steven Sklaver and Steve Morrissey representing Flo & Eddie, members of the 1960's rock group The Turtles, in addition to a class of copyright owners in a case against Sirius XM. In this landmark case it was established under California law, that these owners of sound recordings from before 1972 have the exclusive right to perform those recordings. Under a groundbreaking settlement, Sirius XM agreed to pay at least $25.5 million (over $16 million after fees and expenses) and royalties under a 10-year license that is valued up to $62 million (over $41 million after fees and

expenses) as compensation for publicly performing without a license Pre-1972 sound recordings. The settlement was approved by the Court, and has received widespread media coverage from publications such as *The New York Times*, *Billboard*, *The Hollywood Reporter*, *Law360*, *Rolling Stone*, *Variety*, *Reuters* and *Managing IP*.

Additionally, Gervais won a complete dismissal for energy company, Vitol, of $10 billion antitrust case filed in federal district court in Miami by a litigation trust asserting claims against numerous defendants on behalf of a Venezuelan national oil company. Gervais' firm, Susman Godfrey, was tapped to take the lead in briefing and arguing the motion to dismiss for the multi-party joint defense group. This win was reported on by *Wall Street Journal* and *Law360*. The 11th Circuit Court of Appeals affirmed the district court's decision in 2021.

Gervais was appointed by the court to serve on the Steering Committee to represent plaintiffs in a Biometric Information Privacy Act class action MDL against TikTok and its parent company. In July 2022 this District Court gave final approval to a $92 million litigation-wide settlement. This marked one of the highest privacy-related settlements in the country.

**U.S. SUPREME COURT ROOTS**

Before joining Susman Godfrey, Gervais served as a clerk at both the Supreme Court of the United States and in the Ninth Circuit U.S. Court of Appeals. These experiences have given him a unique perspective and a valuable background that supports the success he brings his clients in federal, district and state courts as well as in arbitration and at every level of litigation.

## *Notable Representations*

**Current Litigation**

- ***In re Accellion Inc. Data Breach Litigation*** **(N.D. Cal.)** Represent a proposed nationwide class of individuals suing Accellion, Inc., after their personal information was exposed in one of the largest data breaches during the last five years.

- ***In re: Telescopes Antitrust Litigation*** **(N.D. Cal.)** Appointed to serve as co-lead counsel to indirect purchaser plaintiffs in a class action lawsuit against global telescope manufacturers and suppliers for engaging in a conspiracy to fix prices and allocate the market for telescopes.

- ***City of Sacramento v. Teva Pharmaceutical Industries, Ltd. et al.*** Represents the City of Sacramento in its opioid litigation that seeks to hold the major manufacturers and distributors of opioids responsible for the harm they've caused to the City.

- ***IQVIA, Inc. v. Veeva Systems*** **(D.N.J.)** Represent Veeva Systems, a CRM and master data management technology company, in federal court antitrust litigation against healthcare data and information technology

provider IQVIA, Inc. The case involves antitrust issues relating to master data management and alleged trade secrets.

---

**Past Wins**

- ***PHT Holding I LLC v. Security Life of Denver Insurance Company*(D. Colo.)** Represented a class of life insurance policyholders in a breach-of-contract suit against Security Life of Denver challenging increases to cost-of-insurance charges. Michael's team secured class certification of a 31-state class on a state law breach-of-contract claim. On the eve of trial, the parties settled for $30 million, a settlement the Court subsequently approved.

- ***Federal Trade Commission v. Intercontinental Exchange, Inc. (ICE) and Black Knight, Inc.*(N.D. Cal./Federal Trade Commission (FTC)** Served as counsel to Intercontinental Exchange (ICE) in proceedings brought by the FTC in federal court in California and in an administrative hearing in the FTC related to ICE's proposed acquisition of Black Knight. Working closely with ICE and the legal team, Gervais successfully navigated challenges by the FTC to clear the way for the $11.7 billion deal to move forward.

- ***Meta Platforms Inc. v. Octopus* (N.D. Cal.) *and Meta Platforms Inc. v. Social Data Trading Ltd.* (N.D. Cal.)** Represented Meta in its lawsuits against companies illicitly scraping data from its platforms.

- ***In Re: Tiktok, Inc Consumer Privacy Litigation* (N.D. Ill.)** Appointed by the U.S. District Court Northern District of Illinois to serve on the Steering Committee to represent plaintiffs in a Biometric Information Privacy Act class action MDL against TikTok and its parent company. In July 2022 this District Court gave final approval to a $92 million litigation-wide settlement. This marked one of the highest privacy-related settlements in the country.

- ***Helen Hanks vs. Voya Retirement Insurance and Annuity Company* (S.D.N.Y.)** Negotiated settlement worth $118 million, before fees and expenses, including a cash fund of over $92 million and an agreement by Voya not to impose a higher rate scale for 5 years, on behalf of a certified class of 46,000+ policyholders over allegations that Voya improperly raised cost-of-insurance charges. Over the course of litigation, the team from Susman Godfrey secured certification of the nationwide class and defeated summary judgment. The Court recognized the quality of the work, stating: "I want to commend you all for the work done on the pretrial order and motions in limine . . . I'm very happy to have you as lawyers appearing before me."

- ***David McLaughlin v. HomeLight, Inc. et al.* (C.D. Cal.):** Successfully obtained on behalf of HomeLight a dismissal with prejudice a Lanham Act claim brought in California federal court. Read the Court's order here.

- **PDVSA US Litigation Trust v. Lukoil Pan Americas LLC et al (S.D. Fl.)** Won a complete dismissal for Vitol of $10 billion antitrust case filed in federal court in Miami by a litigation trust, represented by David Boies, asserting claims on behalf of the Venezuelan national oil company. Susman Godfrey was tapped to take the lead in briefing and arguing the motion to dismiss for the multi-party joint defense group. The 11th Circuit Court of Appeals affirmed the district court's decision in 2021.

- **ODonnell et al. v. Harris County, et al**. In this landmark constitutional case coming out of Harris County, Texas, won a landmark ruling in 2017, and was later affirmed in 2018, by the U.S. Court of Appeals for the Fifth Circuit, that the system of cash bail used in Harris County, Texas, violated the Due Process and Equal Protection rights of the thousands of misdemeanor arrestees. Gervais served on this case pro bono and was an active and critical part of the team from the filing of the Complaint to the consent decree entered by the district court following settlement.

- **Flo & Eddie v. Sirius XM (C.D. Cal.)** Served on a team from Susman Godfrey that was co-lead counsel to Flo & Eddie (the founding members of 70's music group, The Turtles) along with a class of owners of pre-1972 sound recordings for copyright violations by music provider Sirius XM.   Flo & Eddie settled with Sirius XM on behalf of the class in a deal worth millions and approved by the Court in May 2017. Sirius XM agreed to pay at least $25.5 million (over $16 million after fees and expenses) and royalties under a 10-year license that is valued up to $62 million (over $41 million after fees and expenses)

- **Bahnsen et al. v. Boston Scientific Neuromodulation Corp (D.N.J.)** Secured favorable settlement for whistleblower clients against Boston Scientific Neuromodulation Corp. Gervais was instrumental in obtaining critical deposition testimony and document discovery, defeating the defendant's motion for summary judgement, and arguing and winning crucial motions in limine that ultimately led to settlement.

## Honors & Distinctions

- Lawdragon 500X – The Next Generation of Leading Lawyers (2023, 2024)

- Lawdragon, Top 500 Plaintiff Financial Lawyers (2024)

- 40 and Under Hot List, *Benchmark Litigation* (2022, 2023, 2024 Euromoney)

- Future Star, *Benchmark Litigation* (2023, 2024, 2025  Euromoney)

- "They've Got Next: The 40 Under 40" *Bloomberg Law* (Bloomberg, 2021)

- "How I Made Partner" *Law.com* (ALM, July 2021)

- Minority Leader of Influence: Attorneys, *Los Angeles Business Journal* (2021)

- Founding Member, 1844. 1844 is a group of black male lawyers practicing primarily in BigLaw and in-house legal departments around the country. The group's name "1844" is in reference to the year that the first black person, Macon Bolling Allen, was admitted to practice law in America. The purpose of 1844 is to build genuine relationships between its members and leverage those relationships to help them develop personally and professionally and give back to their communities. 1844 has been widely lauded for its exceptional work, including the New York City Bar Association's 2016 Diversity and Inclusion Champion Award.

- Founding Member, Black BigLaw Pipeline ("BBP"). BBP's purpose is to serve as a powerful and unique resource for reshaping diversity and, specifically, the experience of Black attorneys in the legal profession.

- Former Chairperson, Susman Godfrey Diversity Committee

- Term Member, Yale Law School Executive Committee

- Southern California Rising Star, Super Lawyers (2020, 2021, 2022, 2023 Thomson Reuters)

- 2017 Fellow, Associate Leadership Institute (NYC Bar)

## *Clerkships*

Honorable Stephen Breyer, Supreme Court of the United States

Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit

## *Education*

**Yale Law School** (J.D., )

**American University** (B.A., International Studies, summa cum laude)

## *Admissions*

**Bar Admissions**

- California
- New York

# SUSMAN GODFREY



# Glenn Bridgman

Partner

Los Angeles

(310) 789-3100

gbridgman@susmangodfrey.com

---

## *Overview*

Glenn Bridgman is a trusted resource, valued trial lawyer, and relied upon legal counsel to his clients and colleagues. Glenn, who has recovered over one billion dollars for his clients, represents both plaintiffs and defendants in high stakes commercial litigation, trying cases successfully across practice areas and industries such as insurance, antitrust, intellectual property, securities, malpractice and breach of contract.

Glenn has been recognized as a California Lawyer Attorney of the Year by *The Daily Journal*, a California Trailblazer by *The Recorder,* and a Rising Star in Insurance Litigation by *Law360*. He is also recognized as a Rising Star in General Commercial Litigation by *The Legal 500*.

**WINS**

In the insurance sector alone, Glenn has secured over $500 million for policy holders in class actions against some of the country's largest insurers. In a six-month time span Glenn secured three settlements totaling in the hundreds of millions for plaintiffs in breach of contract class actions against insurance industry titans AXA, North American and American General Life Insurance Company. In *37 Besen Parkway v. John Hancock Life Insurance Co.*, Glenn helped secure a $91.25 million settlement for insurance policy owners who alleged breach of contract against John Hancock Life Insurance Company. Judge Paul Gardephe described the settlement as a "*quite extraordinary*." Glenn was quoted about the case and the enormous result in an article by *Law360*. In addition, in *TVPX ARS, Inc. v. Genworth Life and Annuity Insurance Company,* Glenn took over the case when it was on appeal and persuaded the Eleventh Circuit Court of Appeals to vacate a district court's injunction restraining a breach of contract action against Genworth. The opinion can be read here and you can listen to Glenn's argument before the court here (start at 3:15).

---

Glenn's litigation savvy is not limited to insurance matters. Glenn is well-versed in all types of high stakes litigation. He has:

- Defeated preliminary injunction and secured dismissal while defending Pzena LLC in a breach of contract action alleging breach of LLC agreement. Read more (subscription required);

- Successfully represented Jasmin Solar Pty Ltd. in its breach of contract action against a Chinese equipment supplier. After the solar company suffered defeats with prior counsel, Glenn took over the appeal at the Second Circuit. His briefing persuaded the appellate court to not only overturn the district court's previous order confirming the arbitration award, but also to vacate entire judgment against Jasmin;

- Defeated a trademark-infringement preliminary injunction sought against one of the world's largest technology companies;

- Litigated the LIBOR OTC class action currently pending in the Southern District of New York, which has already produced almost $700 million in settlements (fees and expenses not yet determined) and a certified class against additional defendants;

- Secured favorable settlements on behalf of, among other clients, a large telecommunications company, lease-financing companies, and defrauded individual entrepreneurs in both federal and state court; and

- Represented automotive dealership software company in defense of antitrust claim seeking hundreds of millions of dollars of damages.

**PRO BONO AND BACKGROUND**

Glenn maintains an active pro bono practice. He currently represents a tenant advocacy group helping defend the constitutionality of eviction protections for renters enacted by the City of Oakland and Alameda County in the wake of the COVID-19 pandemic. The *Daily Journal* and *Law360* profiled Glenn and his colleagues for their work in this area. He was also awarded *Daily Journal's* prestigious California Lawyer Attorney of the Year award for his work on these timely and significant matters.

Glenn attended Yale Law School where he was the Notes Editor for the Yale Law Journal and served the Jerome N. Frank Legal Services Organization as both a Board Member and the Clinic Director. Glenn also received the William K.S. Wang Prize for Excellence in Corporate Law, the Thomas I. Emerson Prize for Best Paper on Legislation, and the C. LaRue Munson Prize for Excellence in the Presentation of a Clinical Case. Glenn also directed the Yale Landlord Tenant Clinic.

Before attending law school, Glenn was a Peace Corps Volunteer in rural Bulgaria. Before starting his practice at Susman Godfrey, Glenn clerked for Chief Judge Robert A. Katzmann of the Second Circuit Court of Appeals and Judge Christina A. Snyder of the Central District of California.

# SUSMAN GODFREY

## Notable Representations

**Insurance Litigation**

- ***In re AXA Equitable Life Insurance Company COI Litigation (S.D.N.Y)***Secured a $307.5 million deal for a putative class of plaintiffs who challenged AXA's 2016 hike of cost on insurance rates on hundreds of elderly insureds, claiming AXA unfairly increased the cost of insurance for certain flexible-premium universal life insurance policies.

- ***37 Besen Parkway LLC v. John Hancock Life Insurance Co***. **(S.D.N.Y.).** Secured a $91.25 million all-cash, non-reversionary settlement for insurance policy owners in this certified class action against John Hancock Life Insurance Co. Glenn's efforts over the course of two and a half years led to a successful settlement at mediation before Judge Theodore H. Katz (Ret.). Glenn was quoted about the case and the enormous result for the Class in this article by *Law360*.

- ***PHT Holdings II LLC v. North American Company for Life and Health Insurance*** **(S.D. Iowa)**. Resolved major insurance breach of contract class action on behalf of a class of policy holders against North American Insurance Company. The case was settled on the eve of trial.

- ***LSIMC LLC v. American General Life Insurance Co.*** Settled class action against Amgen for relief valued at $55 million for a class of policy holders who alleged that Amgen increased their insurance rates against contractual terms (net amount after fees and expenses not yet determined).

- ***TVPX ARS, Inc., v. Genworth Life and Annuity Insurance Company*** **(E.D. Va.)**Represented life settlement fund, TVPX, in their breach of contract action against Genworth Insurance Company. After Genworth secured an injunction based on a 2004 settlement of a prior case, Glenn took over the appellate argument before the Eleventh Circuit Court of Appeals and persuaded the Eleventh Circuit to vacate the district court's injunction. The opinion can be read here and you can listen to Glenn's argument before the court here (start at 3:15).

- ***Helen Hanks on behalf of herself and all others similarly situated, vs. The Lincoln Life & Annuity Company of New York; Voya Retirement Insurance and Annuity Company*** **(S.D.N.Y.).** Litigated an insurance matter against Voya Life Insurance Company, which successfully resolved for relief valued at over $92.5 million.

**Business Disputes**

- ***Rama Krishna et al. v. Pzena Investment Management Inc.*** **(Delaware Court of Chancery).** Defeated preliminary injunction and secured dismissal while defending Pzena LLC in a breach of contract action alleging breach of LLC agreement. Read more (subscription required).

- *Winthrop Resources v. Prospect ECHN.* Secured affirmative summary judgment in breach of a lease contract on behalf of longterm Susman Godfrey client Winthrop Resources Corporation. The Court rejected Prospect's motion for summary judgment seeking return of previously paid rent, and awarded Winthrop every penny it sought.

- *Jasmin Solar Pty Ltd. V. Chinese Equipment Supplier (2nd).* Represented Australian solar energy company, Jasmin Solar Pty Ltd., in their breach of contract action against a Chinese equipment supplier. After suffering defeats with prior counsel before both an arbitrator and the district court, Glenn and a team from Susman Godfrey took over the case at the Second Circuit Court of Appeals, and persuaded theSecond Circuit to not only overturn the district court's previous order confirming arbitration award, but also to vacate entire judgment against Jasmin.

- **Malpractice Action.** Represented major construction entrepreneur in successfully-resolved malpractice action against his conflicted former law firm.

- *In Re: James V. Cotter, Living Trust, Ellen Marie Cotter, Margaret Cotter, Petitioners, vs. James J. Cotter, Jr., Respondent.* Achieved a successful verdict invalidating a will on grounds of both undue influence and incapacity in this trust and estates case in Los Angeles Superior Court. At trial, Glenn examined witnesses and delivered closing argument on the successful undue influence claim.

- Currently representing chemical manufacturing company in confidential arbitration alleging that our customer breached their exclusive supply agreement.

**Intellectual Property**

- **Confidential Patent Infringement Matter on Behalf of Bitdefender.** Defended cybersecurity company, Bitdefender, in patent action filed by a well-known non-practicing entity. Glenn took the lead on the damages portion of the case and handled Daubert briefing seeking to exclude plaintiffs' entire damages case, briefing which shortly preceded a favorable settlement of the entire matter.

- **Confidential Trademark Dispute on behalf of Amazon.** Defended online retail giant, Amazon, in a complex trademark dispute. After defeating plaintiff's request for a preliminary injunction, the case settled confidentially on favorable terms.

**Antitrust**

- *In Re: LIBOR-Based Financial Instruments Antitrust Litigation (S.D.N.Y.).* Served as co-lead counsel to a certified class of 16 plaintiffs, including cities, pension funds and others known as the "OTC" investors, who sued a number of investment banks for conspiring with rivals to rig

LIBOR. The team has helped nearly $700 million in settlements for the class against defendant banks.  The class was certified in 2018 by the court, the only class in the coordinated LIBOR litigation to receive class certification.

- **Confidential Auto Dealership Antitrust Matter.** Represented automotive dealership software company in defense of antitrust claim seeking hundreds of millions of dollars of damages.

## Honors & Distinctions

- Lawdragon 500X – The Next Generation of Leading Lawyers (2023, 2024)
- California Lawyer Attorney of the Year, *Daily Journal* (2023)
- Rising Star, Southern California (2023, 2024, Thomson Reuters)
- Rising Star in General Commercial Litigation, *The Legal 500* (2020)
- Rising Star – Insurance, *Law360* (2019)
- California Trailblazer, *The Recorder* (ALM, 2019)

## Clerkships

Chief Judge Robert A. Katzmann, United States Court of Appeals for the Second Circuit, 2014-2015

Honorable Christina A. Snyder, United States District Court for the Central District of California, 2013-2014

## Education

**Dartmouth College** (B.A., Physics & Philosophy, minor in Mathematics, magna cum laude, 2008)

**Yale Law School** (J.D., , 2013)

## Admissions

**Bar Admissions**

- California

## Leadership & Professional Memberships

- Fellow of the American Bar Association
- Los Angeles County Bar Association
- Association of Business Trial Lawyers Los Angeles

**susmangodfrey.com**

# SUSMAN GODFREY



# Rohit Nath

Partner

Los Angeles

(310) 789-3100

rnath@susmangodfrey.com

## *Overview*

Rohit Nath represents plaintiffs and defendants in high stakes litigation. He has taken on industry leaders such as the country's biggest insurers, major media and technology companies, and international wireless carriers in courts across the United States. Nath has handled disputes in an array of practice areas, including insurance, copyright, patent, breach-of-contract, and real estate.

In *37 Besen Parkway LLC v. John Hancock Life Insurance Co,* Nath was a significant part of a team of Susman Godfrey lawyers that secured a settlement of $91.25 million (before fees and expenses) for a certified class of insurance policy owners against John Hancock Life Insurance Company.  In the final approval order, Judge Paul Gardephe described the settlement as a "quite extraordinary . . . result achieved on behalf of the class." You can read more about the case here (subscription required).

Nath is currently prosecuting similar class actions against a number of other insurance companies, including Equitable, Voya Retirement & Annuity Company, and ReliaStar Life Insurance Company. More information on the Voya class action, which was certified in 2019, can be found here.

On the defense side, Nath was hired by Lighting Science Group Corporation after it was sued by its former patent broker. Serving as lead counsel for Lighting Science, Nath successfully compelled arbitration, took and defended key depositions, and briefed and argued critical motions. The parties reached a confidential settlement on the eve of the plenary arbitration hearing.

In addition to the cases above, Nath also:

- Represents a putative class of professors and textbook authors in a lawsuit against one of the world's largest textbook publishers, Cengage

Learning, related to underpayment of royalties for electronic textbook offerings.

- Represents Flo & Eddie–the founding members of the 70's music group, the Turtles—against Pandora and SiriusXM in litigation concerning the unlicensed use of pre-1972 sound recordings.

- Represents SAJE and ACCE Action, two tenant advocacy groups, as proposed intervenors to help defend the City of Los Angeles's eviction and rent-freeze ordinances enacted in the wake of the COVID-19 pandemic.

Nath is active in the Los Angeles legal community. He received a Public Counsel Pro Bono award for his legal work to help the troubled LA housing situation. The *Daily Journal* and *Law360* also profiled Nath and his colleagues for their significant pro bono work in this area. He is a longtime board member of the South Asian Bar Association of Southern California and served as co-president during the 2021-2022 term. Nath is also a member of the Executive Committee of the Litigation Section of the Los Angeles County Bar Association.

Nath joined Susman Godfrey after working as a trial attorney at the U.S. Department of Justice and as a law clerk on the U.S. Court of Appeals for the Ninth Circuit.  He graduated with high honors from The University of Chicago Law School, where he served as editor-in-chief of *The University of Chicago Law Review*.  Before law school, he taught eighth-grade math in Oklahoma as a Teach for America corps member.

## *Notable Representations*

**Insurance**

- ***37 Besen Parkway LLC v. John Hancock Life Insurance Co***. (S.D.N.Y.) Secured a $91.25 million all-cash, non-reversionary settlement (before fees and expenses) for a certified class of insurance policy owners.  The class alleged that John Hancock breached the life insurance contracts of the class by failing to charge cost-of-insurance rates that were "based on [John Hancock's] expectations of future mortality experience."  Nath had a critical role in achieving what Judge Paul Gardephe described as a "quite extraordinary" result for the class.

- ***Brach Family Foundation v. AXA Equitable Life Insurance Company*** (S.D.N.Y.) Represent a putative class of insurance policyholders suing AXA for a cost-of-insurance increase on the Athena Universal Life II product, claiming breach of contract and violations of New York Insurance Law Section 4226.

- ***Helen Hanks vs. The Lincoln Life & Annuity Company of New York***; ***Voya Retirement Insurance and Annuity***

**susmangodfrey.com**

*Company* (S.D.N.Y.) Litigating an insurance matter against Voya Life Insurance Company. The class was recently certified by the court.

- ***Advance Trust & Life Escrow Services, LTA v. ReliaStar Life Insurance Company*** (D. Minn.) Represents a putative class of life insurance policyholders against ReliaStar Life Insurance Company related to ReliaStar's failure to charge cost-of-insurance rates in accordance with the terms of its policies. The case is in discovery.

**Breach of Contract**

- ***Rui Zhi Ventures, Ltd. v. Lighting Science Group Corporation***, (C.D. Cal. and JAMS Arbitration) Represented Lighting Science Group Corporation in a fee dispute with its former patent broker. After successfully compelling arbitration, the parties reached a confidential settlement on the eve of the plenary arbitration hearing.

- ***Bernstein, et al. v. Cengage Learning, Inc.*** (S.D.N.Y.) Represents a putative class of textbook authors against one of the world's largest textbook publishers. Plaintiffs allege that Cengage has breached its publishing agreements with authors by manipulating the royalty base used to calculate royalties for Cengage's online textbook offerings.

**Intellectual Property**

- ***Flo & Eddie Inc. v. Pandora*** (C.D. Cal.) Serve as co-lead counsel representing Flo & Eddie (the founding members of 70's music group, The Turtles) in this putative class action alleging infringement of the public performance right in sound recordings, copying, and misappropriation. The case is before the district court, following remand from an appeal to the Ninth Circuit Court of Appeals. This case follows the similar*, Flo & Eddie v. Sirius XM*, in which Susman Godfrey secured a settlement for the class valued at up to $73 million.  The Court granted final approval of that settlement in 2017.

- ***Personalized Media Communications, LLC Cases*** (E.D. Tex.) Represented Personalized Media Communications (PMC) in a series of patent infringement cases against Vizio, Samsung, and Funai.  Nath played a key role in these cases, which included taking and defending key depositions and briefing claim construction motions. PMC reached favorable, confidential settlements with each defendant.

*Honors & Distinctions*

- Lawdragon 500X – The Next Generation of Leading Lawyers (2023, 2024)
- "They've Got Next: The 40 Under 40" *Bloomberg Law* (Bloomberg, 2023)
- California Lawyer Attorney of the Year, *Daily Journal* (2023)
- Rising Stars of the Plaintiffs Bar, *National Law Journal's* Elite Trial Lawyers (2022, ALM)

**susmangodfrey.com**

- Public Counsel <u>Pro Bono Award</u> (2020)
- Named a <u>Sports and Entertainment Litigation Trailblazer</u> by *National Law Journal* (2020, ALM)
- Rising Star, Southern California (Thomson Reuters, 2020, 2021, <u>2022</u>, <u>2023</u>, <u>2024</u>)
- Editor-in-Chief, *The University of Chicago Law Review*
- Order of the Coif
- Kirkland & Ellis Scholar: Awarded to top 5 percent of the 1L class
- 2011 Teacher of Today Award
- Wake Forest University Debate Team

*Clerkships*

Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit

*Education*

**The University of Chicago Law School** (J.D., with High Honors, Order of the Coif, 2014)

- Editor-in-Chief, *The University of Chicago Law Review*

**Wake Forest University** (B.A., magna cum laude, 2009)



# Jordan Rux

Associate

Los Angeles

(310) 789-3100

jrux@susmangodfrey.com

## *Overview*

Named a Rising Star by Southern California Super Lawyers (2023, Thomson Reuters), Jordan Rux joined Susman Godfrey after clerking for Chief Judge Lee H. Rosenthal of the Southern District of Texas and Chief Judge Carl E. Stewart of the United States Court of Appeals for the Fifth Circuit.  Jordan earned his J.D. *cum laude* from NYU School of Law.

In 2023, Jordan and a team from Susman Godfrey secured a historic $787.5 million deal to resolve Dominion Voting System's massive defamation lawsuit against Fox news Network, on the very day a jury trial was to commence in Delaware Superior Court. Susman Godfrey filed the $1.6 billion defamation lawsuit against Fox News Network on behalf of Dominion two years earlier over allegations that Fox made false statements that Dominion rigged the 2020 presidential election. A key member of the legal team, Jordan led efforts in deposing several Fox News hosts and producers. He also successfully argued several discovery motions and drafted numerous discovery motions that uncovered critical Fox News and Fox Corp. emails and text messages.

Before law school, Jordan earned his master's degree in philosophy with honors from Durham University.  Jordan earned his undergraduate degree from Baylor University, where he majored in economics, philosophy, and political science and was captain of the varsity tennis team.  Jordan was previously the number one ranked tennis player in the United States.

## *Honors & Distinctions*

- Rising Star, Southern California (2024, Thomson Reuters)

## *Clerkships*

**susmangodfrey.com**

# SUSMAN GODFREY

Honorable Lee H. Rosenthal, United States District Court for the Southern District of Texas

Honorable Carl E. Stewart, United States Court of Appeals for the Fifth Circuit

*Education*

**NYU School of Law** (J.D., cum laude, 2017)

**Durham University** (M.A., Philosophy, , 2014)

**Baylor University** (B.A., Economics, Philosophy and Political Science, , 2013)

*Admissions*

**Bar Admissions**

- California
- Texas